JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT NINE WEST HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIGIA PRZYBYLSKA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NINE WEST HOLDINGS, INC.; KAREN CURIONE; TAMMY LANDERS; JOHN & JANE DOE(S) 1-10; AND XYZ CORPORATION(S) 1-10,<br><br>　　　　　　Defendant. | Civil Action No.<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that a true and correct copy of the foregoing Notice and Petition for Removal of Case from the Superior Court of New Jersey, Civil Cover Sheet, Application for an Extension of Time to Answer, Move, or otherwise Respond to Plaintiff's Complaint, Notice of Compliance with 28 U.S.C. §1446(d), Defendant's Nine West Holdings, Inc. Disclosure Statement and this Certificate of Service was served upon all counsel authorized to receive Notice of CM/ECF Filings via ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　_s/ John F. Tratnyek_
　　　　　　　　　　　　　　　　　　　　　　　　John F. Tratnyek

4849-3248-7981, v. 1